1  **SO. CAL. EQUAL ACCESS GROUP**
Jason Yoon (SBN 306137)
2  Jason J. Kim (SBN 190246)
101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
Telephone: (213) 252-8008
4  Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com
5
6  Attorneys for Plaintiff
SUSAN LEE
7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11 | SUSAN LEE,                          | Case No.: 2:19-cv-09088-PSG (KSx)
12 |        Plaintiff,                   |
13 |    vs.                              | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**
14 | TIN TIN RESTAURANT, INC.; GSL       |
15 | PROPERTIES, LTD.; and DOES 1        |
16 | through 10,                         |
17 |        Defendants.                  |
18

19

20    **PLEASE TAKE NOTICE** that SUSAN LEE
21 ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby
22 voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil
23 Procedure Rule 41(a)(1) which provides in relevant part:
24    (a) **Voluntary Dismissal.**
25         (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66
26                and any applicable federal statute, the plaintiff may dismiss an action
27                without a court order by filing:
28

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: January 28, 2020        SO. CAL. EQUAL ACCESS GROUP

By: ___*/s/  Jason J. Kim*___
     Jason J. Kim, Esq.
     Attorneys for Plaintiff